IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 2:94-0589-DCN |
| | ) | |
| -vs- | ) | **ORDER AND OPINION** |
| | ) | |
| TROY JACKSON, aka Anthony Corey Alexander, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On November 17, 2005, Troy Jackson ("Jackson" or "the defendant") filed a document entitled Motion to Request a Nunc Pro Tunc Designation for Order Specifically Granting Credit for Time Served from February 15, 1995, through November 2, 1995 ("the Motion").

Jackson has failed to provide jurisdictional authority as to why he should be permitted to file a motion ten years after he was sentenced by this court. Without authorization from a statute, decision or applicable rule, this court does not have jurisdiction to consider Jackson's motion.

**Therefore**, the defendant's Motion to Request a Nunc Pro Tunc Designation for Order Specifically Granting Credit for Time Service is **denied** for lack of jurisdiction.

**AND IT IS SO ORDERED.**

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina
January 20, 2006